James R. POOLE, Appellant,

v.

Jo Anne B. BARNHART,
Commissioner of Social
Security, Appellee.

No. 05–1900.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 21, 2005.

Decided Dec. 28, 2005.

James R. Poole, Moose Lake, MN, pro se.

Lonnie F. Bryan, Asst. U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, Thomas W. Crawley, John L. Martin, Social Security Administration, Chicago, IL, for Appellee.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

James Poole appeals the district court's[1] order affirming the denial of retirement

insurance benefits. Poole has provided no basis for overturning the district court's well-reasoned decision. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.